UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:

YOBANI GOICOCHEA-PEREZ,
DIRIANGEN MORAGA,

        Plaintiffs,

v.

AFFORDABLE AUTO AUCTION, LLC,
EDISON MAURICIO ROMERO,

        Defendants.
_____/

## COMPLAINT
*{Jury Trial Demanded}*

Plaintiffs, YOBANI GOICOCHEA-PEREZ and DIRIANGEN MORAGA, bring this action against Defendants, AFFORDABLE AUTO AUCTION, LLC and EDISON MAURICIO ROMERO, pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and allege as follows:

1.    Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.    At all times material hereto, Plaintiffs YOBANI GOICOCHEA-PEREZ and DIRIANGEN MORAGA were residents of the State of Florida and "employees" of Defendants as defined by the FLSA.

3.    At all times material hereto, Plaintiff DIRIANGEN MORAGA engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through his internet marketing efforts, among other activity.

4.    At all times material hereto, Defendant, AFFORDABLE AUTO AUCTION, LLC, was a Florida corporation with its principal place of business in South Florida, engaged in commerce in

1

the field of car sales, at all times material hereto was the "employer" of Plaintiffs as that term is defined under statutes referenced herein, engaged along with its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5. Defendant, EDISON MAURICIO ROMERO, is a resident of Miami-Dade County, Florida and was, and now is, the managing agent, director and/or owner of Defendant, AFFORDABLE AUTO AUCTION, LLC; said Defendant acted and acts directly in the interests of Defendant, AFFORDABLE AUTO AUCTION, LLC, in relation to said co-Defendant's employees. Defendant effectively dominates AFFORDABLE AUTO AUCTION, LLC administratively or otherwise acts, or has the power to act, on behalf of the corporation vis-a-vis its employees and had the authority to direct and control the work of others. Thus, EDISON MAURICIO ROMERO was and is an "employer" of the Plaintiffs within the meaning of 29 U.S.C. §203(d).

6. In justifiable reliance upon Defendants' representations and promises, Plaintiff YOBANI GOICOCHEA-PEREZ ACCEPTED employment and began working for Defendants as a salesman.

7. In justifiable reliance upon Defendants' representations and promises, Plaintiff DIRIANGEN MORAGA accepted employment and began working for Defendants as an internet marketer.

8. During Plaintiffs' employments, Defendants did not pay Plaintiffs the full and proper federal minimum wage rate of $7.25 per hour for every hour worked.

9. During Plaintiff DIRIANGEN MORAGA'S employment, Defendants did not pay him the full and proper overtime rate of 1.5 times hir regular hourly rate, nor 1.5 times the minimum wage rate, for all hours worked over 40 each week.

10. During Plaintiffs' employments, Defendants regularly paid Plaintiffs late.

11. The records, if any, concerning the date ranges of Plaintiffs' employments, the number of hours Plaintiffs worked, and the compensation paid to Plaintiffs are in the possession and/or control of Defendants; however, Plaintiffs have attached statements of claims as <u>Exhibit A</u> and <u>Exhibit B</u> to provide initial estimates of the damages. These amounts may change as Plaintiffs engage in the discovery process.

12. Defendants have knowingly and willfully refused to pay Plaintiffs their legally-entitled wages.

13. Plaintiffs have complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

14. Plaintiffs have retained the services of the undersigned and are obligated to pay for the legal services provided.

**COUNT I**
**<u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>**
**<u>ALL DEFENDANTS</u>**

15. Plaintiffs reallege and incorporate the allegations set forth in paragraphs 1-14 above as if set forth herein in full.

16. Plaintiffs allege this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiffs are entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

17. Plaintiffs seek recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly and severally, plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

> Respectfully submitted,
>
> Koz Law, P.A.
> 320 S.E. 9th Street
> Fort Lauderdale, Florida 33316
> Phone: (786) 924-9929
> Fax:    (786) 358-6071
> Email: ekoz@kozlawfirm.com
>
> */s/ Elliot A. Kozolchyk*
> _____
> Elliot Kozolchyk, Esquire
> Bar No.: 74791